**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 512 MAL 2020

                   Respondent            :

                                     :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

                v.                     :

                                     :

WALLACE CARTER,                    :

                                     :

                   Petitioner            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.